# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**FELIPE BEDOLLA,**

      **Plaintiff,**

**v.**               **CIVIL NO.  06-3011-RDR**

**CORRECTIONS CORPORATION**
**OF AMERICA,**

      **Defendants.**

**(  )** **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )** **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed as stating no claim for relief.

Entered on the docket 07/28/06

**Dated:  July 28, 2006**        RALPH L. DeLOACH, CLERK

                **s/S. Nielsen-Davis**
                **Deputy Clerk**